# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Corporate Resources Services, Inc.,[1]<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-11546 (MFW) |
| In re<br><br>Accountabilities, Inc.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-11547 (MFW) |
| In re<br><br>Corporate Resource Development Inc.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-11550 (MFW) |
| In re<br><br>Diamond Staffing Services, Inc.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-11552 (MFW) |
| In re<br><br>Insurance Overload Services, Inc.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-11548 (MFW) |
| In re<br><br>Integrated Consulting Services, Inc.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: 15-1154 (MFW) |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resources Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647). The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.

| | |
|---|---|
| In re<br><br>The CRS Group, Inc.<br>         Debtor. | Chapter 11<br><br>Case No.: 15-11551 (MFW) |
| In re<br><br>TS Staffing Services, Inc.,<br>         Debtor. | Chapter 11<br><br>Case No.: 15-11553 (MFW) |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 15-11546 in accordance with the provisions of Bankruptcy

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

Rule 1015(b), Local Rule 1015-1 and section 105 of the Bankruptcy Code, and the joint caption of the cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Corporate Resource Services, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-11546 (MFW)<br><br>Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are (1) Corporate Resources Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647). The Debtors' principal offices are located at 160 Broadway, 13th Floor, New York, New York, 10038.

3. All original pleadings shall be captioned as indicated in the preceding paragraph, without reference to the Debtors' respective states of incorporation and tax incorporation matters, and all original docket entries shall be made solely in the case of Corporate Resource Services Inc., Case No. 15-11546 (MFW) unless the Court orders otherwise.

4. A docket entry shall be made in each of the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case consolidating this case with the case of Corporate Resource Services, Inc., Case No. 15-11546 (MFW) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-11546 shall be consulted for all matters affecting this case.

5. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

6. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor allegedly obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of these chapter 11 cases.

8. All schedules of assets and liabilities, statements of financial affairs, and proofs of claim shall be captioned and filed in the respective case of the relevant Debtor. All other documents shall be captioned and filed solely in the lead case unless otherwise ordered by the Court.

9. This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

Dated: July 27, 2015
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE